JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| YOLANDA MARTINEZ, | No. CV 13-07781-PSG (DFM) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Amended Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: ___10/22/14___

_____
PHILIP S. GUTIERREZ
United States District Judge